```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

RANDAL REESE, as Personal )
Representative for the Estate )
of RUSSELL REESE, Deceased, )          8:06CV653
                              )
          Plaintiff,          )
                              )
     v.                       )          ORDER
                              )
MERCK & CO., INC.,            )
                              )
          Defendant.          )

IT IS ORDERED:

Defendant's motion for stay of all proceedings pending transfer decision to the multidistrict litigation proceeding that has been established in the Eastern District of Louisiana, filing 6, is granted.

DATED this 26th day of October, 2006.

                    BY THE COURT:

                    s/ *David L. Piester*
                    David L. Piester
                    United States Magistrate Judge